UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE RUTH THAYER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:22-cv-478

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order of Remand entered this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated:  December 6, 2022

    /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge