UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE RUTH THAYER,

    Plaintiff,

v.

    Case No. 1:22-cv-478

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on a stipulation between the parties for an award of attorney fees under the Equal Access to Justice Act ("EAJA"). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 15, 2023, recommending that this Court grant the motion in part. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the stipulation for an award of attorney fees under the EAJA (ECF No. 22) is GRANTED IN PART. Plaintiff is awarded $5,118.75 in EAJA fees to be paid directly to Plaintiff.

Dated: March 7, 2023

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge